IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DION SPEARS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 14-cv-00811-JPG-PMF |
| | ) |
| DR. SHEARING, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 34) of Magistrate Judge Philip M. Frazier with regard to Defendant Dr. Trost's Motion (Doc. 31) for Summary Judgment for Failure to Exhaust Administrative Remedies. The Plaintiff was granted an extension of time to file an objection to the R & R and the time has passed. No objection to the R & R has been filed by either party.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 34) and **GRANTS** Defendants Dr. Trost's Motion (Doc. 31) for Summary Judgment.

Defendant Dr. Trost is **DISMISSED** from this matter and the Clerk of Court is **DIRECTED** to enter judgment accordingly at the completion of this case.

**IT IS SO ORDERED.**

**DATED:** 7/14/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**